```
 1  MICHELE BEAL BAGNERIS, City Attorney
      State Bar No. 115423
 2  FRANK L. RHEMREV, Assistant City Attorney        JS - 6
      State Bar No. 120294
 3  100 N. Garfield Avenue, Rm. N210
    Pasadena, CA  91109
 4  (626) 744-4141

 5  Attorneys for defendant,
    CITY OF PASADENA
 6
 7
 8                UNITED STATES DISTRICT COURT
 9             FOR THE CENTRAL DISTRICT OF CALIFORNIA
10
    LISA TUCKER                    )    No. CV 15-726-GW(AJWx)
11                                 )
         Plaintiff                 )    ORDER GRANTING
12                                 )    DEFENDANT CITY OF
         v.                        )    PASADENA'S MOTION TO
13                                 )    DISMISS
    CITY OF PASADENA; PASADENA     )
14  POLICE DEPARTMENT; OFFICER     )
    KATHRYN JORGE; and DOES 1-10   )
15                                 )
         Defendants.                )
16  _____)
```

0000130250C031                                    1

[PROPOSED] ORDER GRANTING DEFENDANT CITY OF PASADENA'S MOTION TO DISMISS

The Plaintiff having failed to file an amended complaint, Judgment is entered in favor of Defendant City of Pasadena, the Police Department and Officer Kathryn Jorge and against Plaintiff Lisa Tucker.

ITS IS SO ORDERED.

DATED:  July 22, 2015

_____
Honorable George H. Wu,
United States District Judge